[No. 15525–3–I. Division One. April 14, 1986.]

JERRY C. LINDHORST, *Appellant*, v. GLENNA R. LITTLE, *Respondent*.

Appeal from a judgment of the Superior Court for Island

County, No. 15336, Howard A. Patrick, J., entered September 25, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Williams and Coleman, JJ.